# indigo

500 Rutherford Avenue • Charlestown, MA 02129 • Tel: (617) 588-0653 • www.indigoag.com

## CREDIT APPLICATION

Date: _____   Account Manager: _____   Amount of credit requested: _____

### PRIMARY CUSTOMER INFORMATION

Customers Legal Business Name: **Hawk Solutions, LLC**
DBA Name (if applicable): _____
Business Type: [ ] Sole Proprietorship  [ ] Partnership  [✓] Corporation        State of Incorporation: **WY**
EIN #: _____   Phone: **806-598-1290**   Fax: _____   Email: **andrew31.jd@gmail.com**
Contact Name: **John Dietrich**   Accounts Payable Email: **hawksolutions7llc@gmail.com**

**BILLING ADDRESS**
Street: **1909 West Ave H**
City: **Muleshoe**   State: **TX**   Zip: **79347**

**SHIPPING ADDRESS**
Street: **Same as above**
City: _____   State: _____   Zip: _____

### CREDIT REFERENCES

1. Business Name: **Green Brothers Farms**
   Account #: [redacted]
   Date Established: _____
   Contact: **Brad Green**
   Phone #: **806-268-0091**
   Email address: **bradg30@yahoo.com**
   Mailing address: **5517 CRJ, Strafford, TX 79084**

2. Business Name: **AGP Grain, LLC**
   Account #: [redacted]
   Date Established: _____
   Contact: **Ron Ward**
   Phone #: **806-251-1521**
   Email address: **rward@agp.com**
   Mailing address: **P.O. Box 850, Bovina, TX 79009**

3. Business Name: **Winter Springs Farms LLC**
   Account #: [redacted]
   Date Established: _____
   Contact: **Melissa Kurtz for Olivia**
   Phone #: **570-246-3836**
   Email address: **crestviewsolutionsllc@gmail.com**
   Mailing address: **P.O. Box 19, Hartley, TX 79044**

4. Bank Name: **Woodforest National Bank**
   Account #: [redacted]
   Date Established: _____
   Contact: **Chris Huddleston**
   Phone #: **806-374-6498**
   Email address: **chuddleston@woodforest.com**
   Mailing address: **3700 I40 East, Amarillo, TX 79103**

Please include a signed copy of your W9 with this credit application.

*Additional financial information such as (balance sheet, income statement, and cash flow statement) *may be required* depending upon the applicant's credit score and/or the amount of credit requested.

Page 1 of 3                                                      Indigo Ag, 2018

EXHIBIT 1

**indigo**

500 Rutherford Avenue • Charlestown, MA 02129 • Tel: (617) 588-0653 • www.indigoag.com

Customer certifies that the above information is correct and complete and further understands Indigo will rely on information presented by Customer, its references, and independent credit reporting services for the purpose of extending credit. Customer authorizes Indigo to—at any time, and from time to time—obtain verification and acceptability of current bank and credit references, and/or commercial credit reports on Customer. Indigo commits to hold such credit information—not related to Customer's payment history with Indigo—in strictest confidence, as current internal policies dictate.

**Terminology.** In this Application, the terms "Customer", "You", or "Your" means the primary customer.

**Representations and Warranties.** You represent and warrant that: (i) You have all necessary rights and authority to execute and perform Your obligations under this Application, (ii) to the extent You are an entity, the signatory is authorized to execute and deliver this Application on Your behalf and in Your name, and (iii) all information given by You to Indigo under this Application is (or will be) complete and accurate and is provided for the purpose of obtaining credit under this Application.

**Credit Information.** In connection with Indigo's assessment of this Application, You authorize and grant Indigo permission to obtain Your credit information, including without limitation a credit report, for all legitimate purposes in connection with the transactions contemplated under this Application. Such purposes include: (i) assisting in making a credit decision, (ii) assessing Your credit worthiness, (iii) to initiate, maintain and develop Indigo's business relationship with You in connection with the offering, servicing and financing of products, services and credit, (iv) on-going review of Your account, (v) assisting in taking collection activity, (vi) to establish Your eligibility for special offers and discounts Indigo may offer, and (vii) to comply with any applicable law, regulation or order. You agree to provide to Indigo at any time and from time to time any reasonably requested credit information, including without limitation Your balance sheet, cash flow statement and income statement. You agree that Indigo may retain Your information in its records after the termination of Your relationship with Indigo and regardless of whether credit is offered or extended to You by Indigo.

**Credit; No Interest.** Customer acknowledges that the decision whether or not to accept this Application and extend credit to Customer under this Application shall be in the sole discretion of Indigo. In the event this Application is accepted and Indigo extends Customer credit under this Application, such credit will be provided to Customer up to the approved credit limit without interest.

**THIS APPLICATION/AGREEMENT MUST BE SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE BUSINESS ENTITY.**

SIGNATURE*: By: _____ Date: __8/7/18__
(Signature)

Name (Printed): __Jonathan A. Dietrich__ Title: __Agent__