# indigo

THIS MARKETPLACE MASTER SUPPLY AGREEMENT (this "*Agreement*") is entered into by and between Indigo Ag, Inc., a Delaware corporation, having a place of business at 500 Rutherford Avenue, Charlestown, MA 01219 (hereinafter, "*Indigo*") and _____Hawk Solutions_____, a/an __Wyoming Corporation_____ having a place of business at _1909 West Avenue H Muleshoe, TX_____ (hereinafter, "*You*" or "*Buyer*"), effective as of ____9/4_____, 2018 (the "*Effective Date*"). Buyer and Indigo are the "*Parties*").

Buyer and Indigo hereby agree that Indigo will sell to Buyer, and Buyer will purchase from Indigo, certain commodities (the commodity subject to each transaction, the "*Commodity*") in one or more transactions as may be agreed upon between Buyer and Indigo pursuant to the terms of this Agreement.

| | |
|---|---|
| Master Agreement | This Agreement will govern the Bids and Confirmations (as defined below) that are placed on the Indigo Marketplace, and the rights and obligations of the Parties in relation to the sale and purchase of the Commodity. Each Bid and Confirmation will form part of, and be subject to, this Agreement. |
| Bid and Confirmation | You may from time to time submit a bid to purchase up to a certain quantity of a Commodity on the Indigo Marketplace (a "*Bid*"). The details of a Bid, including the quantity, price and specifications of the Commodity You wish to purchase, will be reflected in substantially the form of **Exhibit A**. |
| | Each Bid will remain open for the earlier of: (i) twenty-four (24) hours from submission, or (ii) for thirty (30) minutes following Indigo's receipt of your Bid cancellation (the "*Bid Period*"). Once a Bid is placed with Indigo, You irrevocably commit to purchase any quantity of a commodity meeting the terms of Your Bid that Indigo is able to fill during the Bid Period. For the avoidance of doubt, Indigo has full and sole discretion to either accept or reject a Bid. |
| | For any Bid accepted by Indigo, at the conclusion of the Bid Period, Indigo will issue a written confirmation of the quantity (the "*Quantity*") of the Bid that Indigo has filled, and the Commodity specifications and delivery terms in substantially the form of **Exhibit B** (the "*Confirmation*"). Such Confirmation will be binding on You and Indigo and shall be non-terminable. If You wish to contest any information in a Confirmation, You must do so within forty-eight hours, barring which You waive any right to dispute its terms. |
| | With respect to any Bid, the remaining provisions of this Agreement shall only apply to the extent a Bid is accepted by Indigo and a Confirmation is issued. |
| Delivery | Indigo will deliver the Commodity on the terms and conditions set forth and agreed upon in each Confirmation. Indigo will deliver the Commodity to Buyer at Indigo's expense. Title and Risk of Loss to the Commodity will pass to Buyer at delivery to the location specified in the Confirmation. The Confirmation may not be changed or modified unless agreed to between the Buyer and Indigo. |
| | Indigo may deliver the Commodity within an overall tolerance of 5% of overfill or underfill of the Quantity, which shall apply on a per truck load basis. Buyer may only reject a Commodity below any minimum quality listed on a Confirmation. |
| Quantity, Specifications and Quality | The Commodity will be delivered in the Quantity, specifications and quality specified in each Confirmation and within the 5% tolerance above. Further, the Commodity will be unadulterated and unrestricted from movement in interstate commerce. |
| | Buyer will inspect and weigh delivered Commodity at the time of delivery (and no later than 48 hours after delivery) on a per truck load basis, to determine conformance with quantity, specifications and quality, and following delivery of each truck load, will promptly provide and certify to Indigo that the Commodity is provided in conformance with the Confirmation (the "*Specifications Certificate*"). Buyer must also promptly provide Indigo with remittance statements and bill of lading on a per truck load basis. Any dockage and payment settlement must be allocated by Buyer on a per truck load basis. |
| | At its discretion, Indigo may elect to have a representative or agent present during the inspection and weighing of the Commodity, and/or, within 48 hours of receiving the Specifications Certificate, may elect to refer the Buyer's results indicated on the Specifications Certificate to a grain inspector (if applicable) for a review and retesting, and whose determination shall be binding on the Parties. |
| Purchase Price | Buyer agrees to pay Indigo the Purchase Price specified in the Confirmation for the Commodity, subject to any properly certified dockage, or, if applicable, price adjustment for quality based on the quality scale in the Confirmation. |
| Payment | Buyer will pay the Purchase Price to Indigo within seven (7) days after the delivery of each truck load of the Commodity. In the event of late payment, Indigo, in addition to any other legal rights or remedies it may have, shall be entitled to interest at the prime rate as published in the then-current Wall Street Journal plus 2%. |
| Term; Termination | The initial term of this Agreement shall be for one (1) year from the Effective Date, and shall renew automatically for one (1) year terms thereafter until terminated by one of the parties. Either party may terminate this Agreement for any reason upon thirty (30) days written notice; provided, however, that all open and incomplete |

JD

1

EXHIBIT 2

# indigo

| | |
|---|---|
| | Commodity transactions subject to an issued Confirmations existing at the time of termination will remain in full force and until such time that all transactions subject to an open Confirmation have been fully performed. |
| Indigo Warranties | Indigo warrants that, at the time of delivery to Buyer, the Commodity will (a) meet or exceed the specifications and quality terms as provided in the Confirmation, (b) be free and clear of all liens and encumbrances other than liens in favor of Indigo, and (c) will not be adulterated or misbranded within the meaning of the Federal Food, Drug and Cosmetic Act, as amended, (the "**FFDCA**") nor within the meaning of any similar state or municipal laws or ordinances, nor be articles prohibited from introduction into interstate commerce under the provisions of sections 404 or 505 of the FFDCA. EXCEPT FOR THE WARRANTIES SET FORTH IN THIS SECTION, INDIGO MAKES NO WARRANTIES AND HEREBY DISCLAIMS, TO THE FULLEST EXTENT PERMITTED BY LAW, ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING THE WARRANTIES OF MERCHANTABLITY AND FITNESS FOR A PARTICULAR PURPOSE. |
| Exclusive Remedies – Failure to Deliver | In the event Indigo fails to deliver the Commodity on the agreed delivery date(s) set forth in a Confirmation, and such failure is not due to Force Majeure, then Buyer shall give Indigo notice and an opportunity to cure within five (5) Business Days of Indigo's receipt of such notice. For the avoidance of doubt, delivery of the Commodity and issuance of a Specification Certificate does not constitute failure to deliver. |
| | If, after seven (7) days, Indigo has not cured the failure to deliver, Buyer may cover by purchasing a commodity of similar quality as the Commodity in an amount equal to the shortfall from the Confirmation, on reasonable terms, and Indigo will pay Buyer an amount equal to the difference in the Purchase Price for the Commodity and the amount Buyer paid for the replacement commodity (if any). Buyer shall use its reasonable efforts to mitigate such damages and the compensation payable by Indigo. |
| Exclusive Remedies Non-Conformance | Except in the case of adulterated products or bona fide human or animal safety risks (which shall be deemed to be a failure to deliver, above), in the event Buyer finds that the Commodity does not conform to quantity, specifications, or quality in the Confirmation, the Buyer's sole recourse shall be a reasonable dockage or reduction in the Purchase Price consistent with the nature and extent of the non-conformance. |
| Force Majeure Event | A Party's failure to perform, or delay in performing any obligation hereunder, other than Buyer's payment obligation, shall be excused to the extent caused by any event beyond the control of such Party, including Acts of God, provided such party promptly notifies the other in writing of such cause. |
| Indemnification | Subject to the Exclusive Remedies provisions above and the Limitations of Liability below, each Party shall indemnify, defend, and hold harmless the other Party and its affiliates, and their respective directors, officers, employees, and agents, from and against any and all claims, liabilities, judgments, losses, damages, penalties, fines, costs (including reasonable attorney fees) caused by or arising out of the indemnifying Party's negligence, intentional misconduct, or breach of this Agreement. |
| Limitation of Liability | Except for indemnification of claims by third parties, NOTWITHSTANDING ANY OTHER PROVISION IN THE AGREEMENT, IN NO EVENT SHALL INDIGO OR ITS AFFILIATES, OR THEIR RESPECTIVE DIRECTORS, OFFICERS, EMPLOYEES, AND AGENTS; BE LIABLE FOR ANY PUNITIVE, INCIDENTAL, SPECIAL, OR CONSEQUENTIAL DAMAGES OF ANY KIND. IN NO EVENT SHALL INDIGO BE LIABLE FOR ANY AMOUNT IN EXCESS OF THE PURCHASE PRICE PAID HEREUNDER BY BUYER. |
| No Agency; Signatures | Neither Party is, nor is intended to be, an Agent of the other under this Agreement. Buyer is responsible for compliance with any and all applicable licensing and regulation that applies to its business. An electronic signature by a party is binding upon the signing party to the same extent as the original. |

This Agreement constitutes the entire understanding of the Parties and no verbal representations or promises made prior to the Effective Date will in any way alter this Agreement. To the extent the Parties enter into any contemporaneous agreement related to a transaction contemplated by a Confirmation, the terms of this Agreement and the applicable Confirmation shall govern.

This Agreement will be construed, interpreted and enforced in accordance with the laws of the State of Delaware. Any claim or controversy arising out of or related to this Agreement will be submitted to a court of applicable jurisdiction in the State of Delaware, and each Party hereby consents to the jurisdiction and venue of such court.

**INDIGO**  **BUYER**

Signature: _____    Signature: _[signature]_

Name: _____    Name (only if entity): _Hawk Solutions, LLC_

2