# °indigo

Indigo Account No. [ ▓▓▓▓ ]  Order Number [ ▓▓▓▓ ]

**Exhibit A**

Bid No. [ BD-001617 ]

This Bid No. [ BD-001617 ] is submitted pursuant to the Marketplace Master Purchase Agreement which was entered into by the undersigned ("Buyer") and Indigo Ag, Inc. Buyer is submitting a non-binding Bid to Indigo for the Commodities listed herein. Indigo may accept this Bid at any time upon written notice to Buyer through e-mail at [ andrew31.jd@gmail.com ]. Upon acceptance of this Bid by Indigo, the terms of the Confirmation issued by Indigo will become binding on Buyer and Indigo.

Commodity: ___Non-GMO Corn___   Quantity Range: Up To __50,000__ *

*Indigo may accept Your Bid for any quantity up to the amount You indicate You wish to purchase.

Cash Price: _____ per _____
OR n
Fixed Basis: __+.80__

Specifications:

Quality Range (to also be acceptable on a per truck load basis): Between _____ and _____.

Minimum Quality: __Foreign Matter less than 2%__ (below which the Commodity will be subject to rejection)

Quality Scale
Target Quality: _____
- For each _____ over Target, the price per bushel increased by _____ up to a maximum of _____
- For each _____ under Target, the price per bushel decreased by _____ up to the Minimum Quality

Dockage or Price Adjustment Terms (if specified): _____

Pickup Window: _____ through _____

Pickup Location: __208 Compress Rd Portland__
__Portland, Arkansas 71663__

Delivery Instructions: _____

Buyer Email Address for Notices: [andrew31.jd@gmail.com]

You may cancel any Bid at any time prior to Indigo's submission of a Confirmation by emailing Indigo at cartersmith@indigoag.com.

Initials or Electronic Signature:

Buyer: _[signature]_

3

EXHIBIT 3



Indigo Account No. [ _____ ]     Order Number [ _____ ]

## Exhibit A

Bid No. [ BD-001619 ]

This Bid No. [ BD-001619 ] is submitted pursuant to the Marketplace Master Purchase Agreement which was entered into by the undersigned ("Buyer") and Indigo Ag, Inc. Buyer is submitting a non-binding Bid to Indigo for the Commodities listed herein. Indigo may accept this Bid at any time upon written notice to Buyer through e-mail at [ andrew31.jd@gmail.com ]. Upon acceptance of this Bid by Indigo, the terms of the Confirmation issued by Indigo will become binding on Buyer and Indigo.

Commodity:    __Non-GMO Soybeans__         Quantity Range: Up To __40,000__ *

*Indigo may accept Your Bid for any quantity up to the amount You indicate You wish to purchase.

Cash Price:    _____ per _____
OR n
Fixed Basis:   __+1.50__

Specifications:

Minimum Quality: (below which the Commodity will be subject to rejection)
Moisture 13.5%
Max Splits 20%
Protein Min 35%
Oil Content 18% min
Test Weight 54 lbs/min/bu
Foreign Matter 2%

Quality Scale
Target Quality: _____
- For each _____ over Target, the price per bushel increased by _____ up to a maximum of _____
- For each _____ under Target, the price per bushel decreased by _____ up to the Minimum Quality

Dockage or Price Adjustment Terms (if specified): _____
_____

Pickup Window:   _____ through _____

Pickup Location:   ___Houstonia, MO___
                   _____

Buyer Email Address for Notices: [andrew31.jd@gmail.com]

You may cancel any Bid at any time prior to Indigo's submission of a Confirmation by emailing Indigo at cartersmith@indigoag.com.

Initials or Electronic Signature:

Buyer: _[signature]_

4