# PURCHASE ORDER

Date: 9/13/2018
PO # 1076

Hawk Solutions, LLC
1909 W Ave H
Muleshoe, TX 79347
(806) 598-1290

**To**

Indigo
500 Rutherford Ave
Charlestown, MA 01219
(901)598-8378
Customer

| Salesperson | Job | Payment Terms | Due Date |
|---|---|---|---|
| Carter | Non-GMO Corn | 7 days | |

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| 100,000 BU | Non-GMO Corn | +.80 CBOT | |
| | | | |
| | | Sales Tax | |
| | | Total | |

Make all checks payable to Hawk Solutions, LLC

**Thank you for your business!**

*El guero martillando fuerte!*

32799211 v1

EXHIBIT 4