**indigo**

October 5, 2018

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED, AND EMAIL**

Hawk Solutions, LLC

1909 West Avenue H

Muleshoe, TX 79347

Re: Non-payment for purchase of commodities from Indigo Ag, Inc.

Dear Mr. Dietrich,

    I refer to the Marketplace Master Supply Agreement (the "Agreement") entered into on September 4, 2018 by Hawk Solutions ("You") and Indigo Ag, Inc. ("Indigo") and the contemplated transaction for the purchase of commodities thereunder.

    As you know, prior to confirming an accepted bid for your purchase of 100,000 bushels of non-GMO corn and 40,000 bushels of non-GMO soybeans, Indigo required a credit check to ensure your ability to make payment. As you are also aware, you did not pass the Indigo credit check. Instead, you offered to make advance payment for the purchase of the above commodities prior to collection of the crops.

    On September 19, 2018, You were instructed by Indigo that You were not authorized to collect the commodities until Indigo received the advance payment. Nevertheless, despite Indigo's instructions to the contrary, at or around 10 p.m. Central Time on September 19, 2018, You unlawfully entered Jonathan Hopkins' Farm and collected three truck loads (totaling approximately 3000 bushels) of non-GMO corn (the "Collected Crops"). Despite repeated attempts to contact You to effect payment, You have not responded to our numerous communication requests.

    We consider that this payment is well past due and owing. You will have until **5pm Central Time on October 10, 2018** to make payment to Indigo for the Collected Crops.

    If the payment is not received in full by that time, Indigo will seek legal recourse to recover payment for the misappropriated Collected Crops.

    We sincerely hope that the above measures will not be necessary and that You will contact Shelly Bogues at the following sbogue@indigoag.com or by phone at 662-571-2949 within 24 hours of the date of this letter to confirm the payment details.

Very truly yours,

*[signature]*

Marc Meunier

Associate General Counsel

EXHIBIT 5

Indigo Ag, Inc.  •  500 Rutherford Avenue  •  Boston, MA 02129  •  Tel: 1 (844) 828-0240  •  www.indigoag.com