**BURR·FORMAN** LLP
*results matter*

John M. Lassiter
jlassite@burr.com
Direct Dial: (601) 709-3432
Direct Fax: (866) 443-1583

The Pinnacle at Jackson Place
190 East Capitol Street
Suite M-100
Jackson, MS 39201

*Office* (601) 355-3434
*Fax* (601) 355-5150
*Toll-free* (866) 355-3439

BURR.COM

October 26, 2018

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED,**

**AND VIA FIRST CLASS U.S. MAIL**

Hawk Solutions, LLC
c/o Jonathan Dietrich
1909 West Avenue H
Muleshoe, TX 79347

Jonathan Dietrich
1909 West Avenue H
Muleshoe, TX 79347

Re:   Demand for Payment

Mr. Dietrich:

This firm represents Indigo Ag, Inc. ("Indigo"). We have been retained to recover funds due and owing to Indigo from Hawk Solutions, LLC ("Hawk Solutions") and Jonathan Dietrich.

Pursuant to the Marketplace Master Supply Agreement ("Agreement") between Hawk Solutions and Indigo, as guaranteed by Mr. Dietrich personally, Hawk Solutions ordered a total of 100,000 bushels of non-GMO corn and 40,000 bushels of non-GMO soybeans from Indigo. After review of your credit application, Indigo gave specific and direct instructions to Hawk Solutions to pay for all crops in advance.

Instead of making any payment, Hawk Solutions entered Jonathan Hopkins Farm on September 19, 2018, and collected 3,000 bushels of non-GMO soybeans without permission. Despite demand for Hawk Solutions to return the crops, you have failed and refused to do so. Pursuant to company policy, Indigo will notify the proper authorities of this theft.

Additionally, your failure to pay for the 100,000 bushels and the 40,000 bushels is in breach of your contractual obligations to Indigo, including those under the Agreement, your credit application, and other agreements that may be in place by and between the parties. Due to that breach, Indigo was forced to find another buyer while the crops could still be sold. Indigo is entitled to the difference between the price as sold and the price you promised to pay in the Agreement as damages for the breach.

As a result of your conduct, Indigo has suffered damages in excess of $125,000.00. If you remit payment to Indigo of $125,000.00 within ten (10) days of the date of this letter, Indigo will consider

Hawk Solutions, LLC
Jonathan Dietrich
October 26, 2018
Page 2

the matter closed. If your payment is not received within ten (10) days, Indigo will finally tabulate all damages, costs, and expenses that are recoverable against you and will initiate suit on the Agreement and your guarantee, without further notice, seeking payment in full.

Indigo reserves all rights.

Best Regards,

John M. Lassiter

JML/srb

32527029 v1