**BURR·:·FORMAN** LLP
*results matter*

John M. Lassiter
jlassite@burr.com
Direct Dial: (601) 709-3432
Direct Fax: (866) 443-1583

The Pinnacle at Jackson Place
190 East Capitol Street
Suite M-100
Jackson, MS 39201

*Office* (601) 355-3434
*Fax* (601) 355-5150
*Toll-free* (866) 355-3439

BURR.COM

November 15, 2018

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED AND
VIA FIRST CLASS U.S. MAIL**

Hawk Solutions, LLC
c/o Jonathan Dietrich
1909 West Avenue H
Muleshoe, TX 79347

Jonathan Dietrich
1909 West Avenue H
Muleshoe, TX 79347

Re:   Acknowledgment of Partial Payment and Reaffirmation of Payment Demand

Mr. Dietrich:

As you know, this Firm represents Indigo Ag, Inc. ("Indigo") and has been retained to recover funds due and owing to Indigo from yourself and Hawk Solutions, LLC.

On or about October 30, 2018, Indigo received a wire transfer from you in the amount of $15,000.00. While Indigo accepts the $15,000.00 as partial payment of the delinquent sum, this payment does not even cover the value of the crops that were confiscated, much less the total losses to Indigo due to your conduct. Indigo's acceptance of the partial payment shall not be construed as an accord and satisfaction or as Indigo's agreement to accept a lesser amount as payment in lieu of the total amount due. Indigo accepts the partial payment, and may accept any future payment less than the total delinquent sum, without prejudice to its rights to receive the balance of all amounts due.

Indigo has finalized calculation of its damages related to your conduct. After crediting the $15,000.00 partial payment to your delinquent account, the default has caused Indigo damages of $100,750.00 (the $10,000.00 balance for the confiscated crop, plus the $72,750.00 variance in cover price, plus $18,000.00 in fees and expenses related to investigation and collection of the delinquent account).

Indigo is willing to waive its fees and expenses entirely in order to put this matter to rest. Therefore, if you remit payment of $82,750.00 within ten (10) days of this letter, Indigo will consider the matter closed. If your payment is not received within ten (10) days, Indigo will initiate suit, without further notice, seeking payment of its damages in full.

Hawk Solutions, LLC
Jonathan Dietrich
November 15, 2018
Page 2

Nothing in this correspondence or the acceptance of the partial payment shall be deemed a waiver. Indigo fully reserves all rights.

Best Regards,

John M. Lassiter

JML/srb

cc: Indigo AG

32580980 v1