UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| INDIGO AG, INC. | * | CIVIL ACTION NO. 3:19-cv-00015 |
| V. | * | JUDGE TERRY A. DOUGHTY |
| HAWK SOLUTIONS, LLC and | * | |
| JONATHAN A. DIETRICH | * | MAG. JUDGE KAREN L. HAYES |

## MEMORANDUM RULING

Pending before the Court is a Motion for Entry of Default Judgment against the defendant, Jonathan A. Dietrich, [Doc. No. 9].

Jonathan A. Dietrich was served in this matter on January 17, 2019. On February 26, 2019, Indigo filed an application for docket entry of default and supporting affidavit as to Dietrich, [Doc. No. 6]. On February 27, 2019, the Clerk entered default against Dietrich [Doc. No. 7].

On March 18, 2019 Indigo filed a motion for default judgment as to Jonathan A. Dietrich [Doc. No. 9]. A notice of motion setting [Doc. No. 11] was filed in this proceeding giving Jonathan A. Dietrich until April 10, 2019 to respond to said motion. No response has been filed by Dietrich.

The evidence shows that Indigo facilitates the sale and purchase of farm crops by maintaining an online platform that enables potential buyers to submit bids directly to growers. Dietrich contacted Indigo and completed a Credit Application and Marketplace Master Supply Agreement. Prior to approving Dietrich's Credit Application, Dietrich submitted bids for corn and soybeans.

Indigo located growers to partially fill Dietrich's bid. Since the Credit Application was not yet approved, Indigo instructed Dietrich to pay for the crops in full prior to collecting them.

Dietrich then failed to pay for both the crops picked up and the crops Dietrich had bid on. In order to mitigate losses, Indigo resold the crops resulting in a loss. The only payment made by Dietrich was the sum of $15,000.00 received by Indigo on October 30, 2018. This resulted in a total loss of Indigo of $82,750.00.

The Marketplace Master Supply Agreement (Exhibit 2) provides for reasonable attorney fees and costs in the event of a breach of the agreement. The Affidavit of Christopher Moyer (Exhibit 9) shows attorney fees and costs incurred by Indigo totaling $10,874.17.

Having reviewed the Complaint, the Motion for Entry of Default, Final Judgment and exhibits 1-9, which include the credit application, agreements, verified letters and affidavits, the plaintiff, Indigo Ag, Inc. is entitled to judgment herein against the defendant, Jonathan A. Dietrich, in the full and true sum of EIGHTY-TWO THOUSAND SEVEN HUNDRED FIFTY AND NO/100 ($82,750.00) DOLLARS, attorney fees and costs in the sum of $10,874.17, legal interest from date of judicial demand and costs.

This Court finds that the default final judgment in favor of Indigo Ag, Inc. against the defendant, Jonathan A. Dietrich, be **GRANTED** and there be judgment herein in favor of the plaintiff, Indigo Ag, Inc. and against the defendant, Jonathan A. Dietrich, in the full and true sum of EIGHTY-TWO THOUSAND SEVEN HUNDRED FIFTY AND NO/100 ($82,750.00) DOLLARS, plus attorney fees and expenses in the amount of $10,874.17, with legal interest from the date of judicial demand until paid, and all costs of this proceeding.

MONROE, LOUISIANA, this 11th day of April, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA