# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| INDIGO AG, INC. | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| V. | ) CIVIL ACTION NO. 3:19-cv-00015 |
| | ) |
| HAWK SOLUTIONS, LLC, and | ) |
| JONATHAN A. DIETRICH | ) |
| | ) |
| DEFENDANTS. | ) |

## MEMORANDUM RULING

Pending before the Court is a Consolidated Motion for Default Judgment against Hawk Solutions, LLC and for Amended Default Judgment against Jonathan A. Dietrich, [Doc. 16].

Jonathan A. Dietrich was served in this matter on January 17, 2019. On February 26, 2019, Indigo filed an application for docket entry of default and supporting affidavit as to Dietrich, [Doc. No. 6]. On February 27, 2019, the Clerk entered default against Dietrich [Doc. No. 7].

On March 18, 2019 Indigo filed a motion for default judgment as to Jonathan A. Dietrich [Doc. No. 9], and on April 11, 2019, this Court entered default judgment against Dietrich in the principal sum of $82,750.00, and attorney fees and costs of $10,874.17 with legal interest from date of judicial demand until paid, and for all costs of the proceedings. [Docs. 14 and 15].

On January, 22, 2019, Indigo attempted service on Hawk Solutions' registered agent, Vista Management Services, Inc., via sheriff, but Vista Management refused service. On a second attempt, Hawk Solutions, LLC was served in this matter on March 11, 2019. On April 3, 2019,

Indigo filed an application for docket entry of default and supporting affidavit as to Hawk Solutions, [Doc. No. 12]. On April 4, 2019, the Clerk entered default against Hawk Solutions [Doc. No. 13]. Indigo filed the instant Consolidated Motion for Default Judgment against Hawk Solutions, LLC and for Amended Default Judgment Against Jonathan A. Dietrich. In addition to seeking a default judgment against Hawk Solutions, Indigo requests that this Court amend the judgment against Dietrich to (1) indicate that Hawk Solutions is liable to Indigo, jointly, severally and in solido with Dietrich, and (2) increase the award of attorneys' fees from $10,874.17 to $12,874.17 to reflect the costs incurred subsequent to the initial entry of default judgment against Dietrich.

The evidence shows that Indigo facilitates the sale and purchase of farm crops by maintaining an online platform that enables potential buyers to submit bids directly to growers. Dietrich, in concert with Hawk Solutions, contacted Indigo and completed a Credit Application and Marketplace Master Supply Agreement. Prior to approving the Credit Application, the Defendants submitted bids for corn and soybeans.

Indigo located growers to partially fill the Defendants' bid. Since the Credit Application was not yet approved, Indigo instructed the Defendants to pay for the crops in full prior to collecting them. The Defendants then failed to pay for both the crops picked up and the crops the Defendants had bid on. In order to mitigate losses, Indigo resold the crops resulting in a loss. The only payment made by the Defendants was the sum of $15,000.00 received by Indigo on October 30, 2018. This resulted in a total loss to Indigo of $82,750.00.

The Marketplace Master Supply Agreement (Exhibit 3) provides for reasonable attorney fees and costs in the event of a breach of the agreement. The Affidavit of Christopher Meyer (Exhibit 10) shows attorney fees and costs incurred by Indigo totaling $12,874.17.

Having reviewed the Complaint, the Consolidated Motion for Default Judgment against Hawk Solutions, LLC and for Amended Default Judgment Against Jonathan A. Dietrich and exhibits 1-10, which include the credit application, agreements, verified letters and affidavits, the plaintiff, Indigo Ag, Inc. is entitled to judgment herein against the defendants, Jonathan A. Dietrich and Hawk Solutions, LLC, jointly, severally and in solido, in the full and true sum of EIGHTY-TWO THOUSAND SEVEN HUNDRED FIFTY AND NO/100 ($82,750.00) DOLLARS, attorney fees and costs in the sum of $12,874.17, legal interest from date of judicial demand and costs.

This Court finds that the default final judgment in favor of Indigo Ag, Inc. against the defendants, Jonathan A. Dietrich and Hawk Solutions, LLC, be **GRANTED** and there be judgment herein in favor of the plaintiff, Indigo Ag, Inc. and against the defendant, Jonathan A. Dietrich and Hawk Solutions, LLC, jointly, severally and in solido, in the full and true sum of EIGHTY-TWO THOUSAND SEVEN HUNDRED FIFTY AND NO/100 ($82,750.00) DOLLARS, plus attorney fees and expenses in the amount of $12,874.17, with legal interest from the date of judicial demand until paid, and all costs of this proceeding.

Signed at Monroe, Louisiana May 23, 2019.

_____
DISTRICT COURT JUDGE