UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| INDIGO AG, INC. | * | CIVIL ACTION NO. 3:19-cv-00015 |
| V. | * | JUDGE TERRY A. DOUGHTY |
| HAWK SOLUTIONS, LLC and | * | |
| JONATHAN A. DIETRICH | * | MAG. JUDGE KAREN L. HAYES |

## AMENDED JUDGMENT

Pursuant to the Memorandum Ruling herein,

IT IS ORDERED, ADJUDGED, AND DECREED that there be Judgment in favor of INDIGO AG, INC. and against HAWK SOLUTIONS, LLC and JONATHAN A. DIETRICH, in Solido, in the full and true sum of EIGHTY-TWO THOUSAND SEVEN HUNDRED FIFTY AND NO/100 ($82,750.00) DOLLARS, and attorney fees and costs of $12,874.17 with legal interest from date of judicial demand until paid, and for all costs of this proceedings.

MONROE, LOUISIANA, this 23rd day of May, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE
PWESTERN DISTRICT OF LOUISIANA